UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:04-cr-297-T-23TGW

OSCAR ANDRES CARRERA
                                                            /

**ORDER**

On May 10, 2005, the court directed the defendant to show cause on or before May 23, 2005, why his "Motion to Intervene and Defend" (Doc. 165) and "Motion for Return of Property F.R.CR.P.41(e)" (Doc. 166) should not be denied in light of the United States' response to the motions (Doc. 170). The defendant filed no response and the time for responding is expired. Accordingly, the defendants motions (Docs. 165 and 166) are **DENIED** for the reasons given in the United States' response.

ORDERED in Tampa, Florida, on June 7, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE